Charles FREEMAN; Rosalyn Brown,
Plaintiffs–Appellees–Cross–
Appellants,

v.

CITY OF DALLAS, Defendant–
Appellant–Cross–Appellee.

No. 97–10907.

United States Court of Appeals,
Fifth Circuit.

Jan. 10, 2000.

Laura Beth Beshara (argued), Michael M. Daniel, Dallas, TX, for Freeman and Brown.

William Kent McIlyar (argued), Walter Columbus Davis, III, Dallas, TX, for City of Dallas.

Andrea Joan Capps Douglas, Houston, TX, for City of Houston, Amicus Curiae.

(Opinion August 18, 1999, 5 Cir., 1999, 186 F.3d 601)

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.